Sergio Antonucci
4 Riviera
Coto De Caza, California 92679
*Appellant in Pro Per*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re SERGIO ANTONUCCI,<br><br>                      Debtor.<br><br>Sergio Antonucci<br><br>                      Appellant<br>v.<br><br>HSBC Bank USA, N.A.<br><br>                      Appellee. | District Court Case No. 8:15-cv-00716-R<br><br>Bankruptcy Court Case No. 8:14-bk-16213-ES<br><br>**ORDER DISMISSING APPEAL** |

On receipt of a written stipulation for dismissal, signed by all of the parties to this proceeding and filed in this court on September 8, 2015; and pursuant to the provisions of Fed. R. Bankr. P. 8023;

**IT IS ORDERED** that the appeal in this proceeding is dismissed.

Dated: 9-14-2015

Honorable Manuel L. Real

ORDER
1